# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BEAU JAMES ELLENBECKER,

                Plaintiff,

v.

BARK ENTERTAINMENT LLC, *also known as* SKYLINE COMEDY CLUB,

                Defendant.

Case No. 21-CV-162-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

December 29, 2021
Date